**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JUAN CARLOS CORONADO MENDEZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1277-R** |
| | ) | |
| **FRED FIGUEROA et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

Petitioner, Mr. Juan Carlos Coronado Mendez, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement [Doc. No. 1]. The matter was referred to United States Magistrate Judge Amanda L. Maxfield who issued a Report and Recommendation [Doc. No. 10], recommending this Court DENY Mr. Mendez's petition as moot because he already received a bond hearing pursuant to 8 U.S.C. § 1226(a).[1] Neither party objected, so the Court ADOPTS Judge Maxfield's Report and Recommendation, and DENIES as moot Mr. Mendez's Petition for a Writ of Habeas Corpus [Doc. No. 1].

---

[1] Judge Maxfield also recommended that the Court decline to reach arguments that Mr. Mendez raised first in reply concerning the adequacy of his bond hearing. Doc. No. 10 at 7. *See M.D. Mark., Inc. v. Kerr-McGee Corp.*, 565 F.3d 753, 768 n.7 (10th Cir. 2009). The Court agrees with Judge Maxfield's conclusion, and notes that even if it reached the substantive argument, it would still DENY the petition because the Court lacks jurisdiction to reweigh the evidence from Mr. Mendez's bond hearing. 8 U.S.C. § 1226(e).

IT IS SO ORDERED this 28th day of September, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE